# Court of Appeals
# of the State of Georgia

ATLANTA,___May 19, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1706.  GREG WYATT et al. v. VILLA HIZER.**

Villa Hizer filed an action to quiet title to land.  The trial court adopted a special master's recommendation and entered a final judgment in favor of Hizer. Greg Wyatt appealed to this Court.  However, we lack jurisdiction.

Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land.  Because Wyatt's appeal implicates title to land, jurisdiction over this matter lies in the Supreme Court. See *Tharp v. Harpagon* Co., 278 Ga. 654, 655 (1) (604 SE2d 156) (2004). Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,_____*05/19/2015_____
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*